**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

|  |  |
|---|---|
| JOHN KENNEY,<br><br>    *Plaintiff,*<br><br><br>v.<br><br><br><br>RHODE ISLAND CANNABIS CONTROL<br>COMMISSION AND KIMBERLY AHEARN, IN HER<br>OFFICIAL CAPACITY,<br>    *Defendants.* | Case No. 1:24-cv-00252 |

### PLAINTIFF JOHN KENNEY'S MOTION FOR EXTENSION OF TIME IN WHICH TO REPLY TO *DEFENDANTS' EXPEDITED MOTION TO DISSOLVE THE PRELIMINARY INJUNCTION AND FOR INDICATIVE RULING UNDER RULE 62.1*

Plaintiff John Kenney ("Kenney") hereby moves for a 1-day extension of time – up to and including July 14, 2026 – in which to respond to the Defendants' Expedited Motion to Dissolve the Preliminary Injunction and for Indicative Ruling Under Rule 62.1.  In support of this motion, Plaintiff avers that, due to an unforeseen family-related circumstance, a 1-day extension of time is required in which to respond.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court grant the motion and allow him up to and including July 14, 2026, in which to respond to Defendants' Expedited Motion to Dissolve the Preliminary Injunction and for Indicative Ruling Under Rule 62.1.

4936-1103-9120, v. 2

Respectfully submitted,

John Kenney

By His Attorneys,


*/s/ Aaron L. Weisman*
Aaron L. Weisman (#4438)
PANNONE DEVEREAUX & O'GARA LLC
1301 Atwood Avenue, Suite 215 N
Johnston, RI  02919
(401) 824-5100
(401) 824-5123 (fax)
aweisman@pldolaw.com

Dated: July 10, 2026


**CERTIFICATION**

I, the undersigned, do hereby certify that on July 10, 2026, I filed and served the herein document through the electronic filing system on the attorneys of record. The herein document electronically filed and served is available for viewing and/or downloading from the ECF Filing System.

*/s/ Aaron L. Weisman*

4936-1103-9120, v. 2